```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 08-60258-CIV-ZLOCH
```

MARION A. ADAMS-LUTTS,

      Plaintiff,

vs.                           **<u>FINAL ORDER OF DISMISSAL AS TO</u>**
                                    **<u>DEFENDANT GREGORY J. BROWNE</u>**

GREGORY J. BROWNE and CITICORP
INVESTMENT SERVICES,

      Defendants.
_____/

      THIS MATTER is before the Court sua sponte.  The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

      By prior Order (DE 19), the Court ordered Plaintiff Marion Adams-Lutts to submit a Memorandum showing cause for the failure to effect service of process upon Defendant Gregory J. Browne within 120 days after the Complaint was filed.  The Order further provided that service should be effected and a return of service shall be filed reflecting the same on or before noon on Tuesday, May 27, 2008.  The Court advised that failure to comply with its Order would result in the case being dismissed without prejudice as to Defendant Browne.  As of the date of this Order, Plaintiff has failed to submit said Memorandum, and no return of service has been filed.

      Accordingly, and after due consideration, it is

      **ORDERED AND ADJUDGED** that the above-styled cause be and the

same is hereby **DISMISSED** without prejudice as to Defendant Gregory J. Browne.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___28th___ day of May, 2008.

                                          _/s/ William J. Zloch_____
                                          WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:

All Counsel of Record